HELEN A. CURLEY, *ET AL.*, PLAINTIFFS-PETITIONERS, v. JOHN S. FRANK, DEFENDANT-RESPONDENT.

*Messrs. Wise, Wise & Wichmann* for the petitioners.

*Messrs. Zimmer & Selikoff* for the respondent.

February 10, 1958.   Denied.

HAROLD KRIEGER, PLAINTIFF-RESPONDENT, v. CITY OF JERSEY CITY, DEFENDANT-PETITIONER.

See same case below:   48 *N. J. Super.* 280.

*Mr. Ezra L. Nolan* and *Mr. James F. McGovern, Jr.,* for the petitioner.

*Mr. Benjamin H. Chodash* for the respondent.

February 10, 1958.   Granted.